AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| IVAN TELLEZ | ) Case No. 1:25-mj-00263-DKG |
| | ) |
| | ) U.S. MARSHALS SERVICE |
| | ) DISTRICT OF IDAHO |
| | ) |
| Defendant | ) OCT 1 5 2025 |

## ARREST WARRANT

RECEIVED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **IVAN TELLEZ**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date: 10/15/2025

*Issuing officer's signature*

City and state: Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 10.15.2025 , and the person was arrested on *(date)* 10.19.2025 |
|---|
| at *(city and state)* Wilder, ID |
| Date: 10.19.2025 |

*TMC*
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **IVAN TELLEZ**
Known aliases:
Last known residence: 27410 Peckham Rd, Wilder, Idaho 83676
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 10/27/1987
Social Security number: 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
Height:                               Weight:
Sex: Male                             Race:
Hair:                                 Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: